IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN A. MALECHEK,<br><br>　　　　　　　Defendant. | **8:21CR196**<br><br>**ORDER** |

On March 1, 2022 the court held a hearing on the motion of Anthony M. Hernandez, III to withdraw as counsel for the defendant, Steven A. Malechek (Filing No. 48). Anthony M. Hernandez, III represents that he has received a new position of employment that no longer allows him to represent the defendant. After inquiry of the Defendant and his counsel, the court granted Anthony M. Hernandez, III's Motion to Withdraw as Counsel (Filing No. 48).

Mark W. Bubak, 1216 North 101st Circle, Omaha, NE 68114, (402) 934-9250, is appointed to represent Steven A. Malechek for the balance of these proceedings pursuant to the Criminal Justice Act. Anthony M. Hernandez, III shall forthwith provide Mark W. Bubak any discovery materials provided to the defendant by the government and any such other materials obtained by Anthony M. Hernandez, III which are material to Steven A. Malechek's defense.

The clerk shall provide a copy of this order to Mark W. Bubak.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2022.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge