IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>STEVEN A. MALECHEK,<br><br>      Defendant. | 8:21-CR-196<br><br>FINAL ORDER OF FORFEITURE |

    This matter is before the Court upon the government's Motion for Final Order of Forfeiture. Filing 77. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.  On May 25, 2022, the Court entered a Preliminary Order of Forfeiture, Filing 68, forfeiting Defendant's interest in the $14,173.00 U.S. currency.

2.  On July 27, 2022, the government filed a Declaration of Publication regarding the posting of a Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov regarding the subject currency. Filing 76.

3.  The government advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.  The Motion for Final Order of Forfeiture should be granted. Accordingly,

  IT IS ORDERED:

    1. The government's Motion for Final Order of Forfeiture, Filing 77, is granted;

1

2

2. All right, title and interest in and to the currency taken from defendant on or about May 19, 2021, and May 28, 2021, held by any person or entity are forever barred and foreclosed;

3. The United States currency is forfeited to the government; and

4. The government is directed to dispose of that currency in accordance with law.

Dated this 29th day of July, 2022.

                                        BY THE COURT:

                                        _____
                                        Brian C. Buescher
                                        United States District Judge